IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE:  SEARCH WARRANT FOR
LG Cellular Phone,
Model LG-VN251SPP,                                              8:13MJ323
S/N 306CYGW0209615,

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States

Attorney and the undersigned Special Assistant United States Attorney, and requests

this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and

Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 30th day of October, 2013.

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By: s/David M. Wear
DAVID M. WEAR
Special Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

**ORDER**

**IT IS SO ORDERED.**

Dated this 30th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge